# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOWARD ALAN FREUDENVOLL,**

    **Plaintiff,**

**v.**                                          **Case No: 6:12-cv-467-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 31) filed on February 7, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 15, 2013 (Doc. No. 32), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Petition for Attorney's Fees is hereby GRANTED in part and DENIED in part.

3. Plaintiff is awarded attorney's fees in the amount of $5,961.60.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record